IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHENNA D. SPENCER                                                                    PLAINTIFF

v.                                         CIVIL NO. 20-3030

ANDREW M. SAUL, Commissioner
Social Security Administration                                                       DEFENDANT

## JUDGMENT

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 17th day of June 2021.

*/s/   Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE